**Order entered June 27, 2013**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-12-01710-CR
## No. 05-12-01711-CR

### MARKAILE DESSERAILE RANSOM, Appellant

### V.

### THE STATE OF TEXAS, Appellee

**On Appeal from the 283rd Judicial District Court
Dallas County, Texas
Trial Court Cause Nos. F11-57498-T, F12-60226-T**

## ORDER

The Court **GRANTS** the June 24, 2013 request of the Dallas County District Clerk for an extension of time to file the supplemental clerk's records in these appeals.

We **ORDER** the Dallas County District Clerk to file, within **FIFTEEN DAYS** of the date of this order, supplemental clerk's records containing detailed itemizations of the costs assessed in the cases, including but not limited to, specific court costs, fees, and court appointed attorney fees. *In accordance with Texas Code of Criminal Procedure article 103.001, the cost bills shall be signed by the officer who charged the cost or the officer who is entitled to receive payment for the cost.* We further **ORDER** that the supplemental clerk's records include a

document explaining any and all abbreviations used to designate a particular fee, cost, or court appointed attorney fee.

We **DIRECT** the Clerk to send copies of this order, by electronic transmission, to the Gary Fitzsimmons, Dallas County District Clerk; the Dallas County District Clerk's Office, Criminal Records Division; and to counsel for all parties.

/s/    CAROLYN WRIGHT
CHIEF JUSTICE